**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

NICOLE SANDERSON,

        Plaintiff,

vs.                                        Case No. 5:11-cv-632-Oc-34TBS

MONROE REGIONAL MEDICAL
CENTER,

        Defendant.
_____/

## **ORDER**

**THIS CAUSE** is before the Court on Magistrate Judge Thomas B. Smith's Report and Recommendation (Dkt. No. 5; Report), entered on November 30, 2011. In the Report, Magistrate Judge Smith recommends that Plaintiff be ordered to file an amended complaint. See Report at 2. No objections to the Report have been filed, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 5) is **ADOPTED** as the opinion of the Court.

2. Plaintiff shall have up to and including **January 27, 2012**, to file an amended complaint.

3. Plaintiff is advised that the amended complaint must contain all of her allegations and should not in any way refer to the original complaint. The amended complaint will completely replace the original complaint, which thereafter will be disregarded. The amended complaint shall be filed with an original signature, and Plaintiff should keep an identical copy for herself. Plaintiff need not file service copies until instructed to do so by the Court.

4. Plaintiff is cautioned that failure to comply with this Order may result in dismissal of this action without further notice.

**DONE AND ORDERED** in Chambers, this 30th day of December, 2011.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

The Honorable Thomas B. Smith
United States Magistrate Judge

Counsel of Record

Pro Se Party