UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

NICOLE SANDERSON,

    Plaintiff,

v.                                                 Case No.  5:11-cv-632-Oc-34TBS

MONROE REGIONAL MEDICAL CENTER,

    Defendant.
_____/

## ORDER

On November 18, 2011, Plaintiff filed an Affidavit of Indigency (Doc. 2), which the Court construed as a Motion to Proceed In Forma Pauperis.  On November 30, 2011, the undersigned recommended that a ruling on the motion be reserved until such time as Plaintiff filed an amended complaint.  (Doc. 5).  On January 3, 2012, the district judge adopted the Report and Recommendation and directed Plaintiff to amend the complaint.  (Doc. 6).  Plaintiff filed her amended complaint on January 27, 2012.  (Doc. 8).

The undersigned has considered the in forma pauperis motion and Plaintiff appears to qualify under 28 U.S.C. §1915(a) and (e)(2).  However, Plaintiff is now being represented by counsel and the terms of the engagement are unknown to the Court.  Plaintiff's ability to pay counsel may be indicative of her ability to pay the costs of this litigation.  Therefore, Plaintiff is directed to file a notice with the Court, ex parte, on or before July 2, 2012, explaining her fee arrangement with counsel.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on June 18, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to All Counsel